LAW OFFICE OF
# DONALD F. SETH

DONALD F. SETH  
JAMES J. BERGMANN

290 B STREET SUITE 205  
SANTA ROSA, CA 95401

TEL: (707) 545-6370  
FAX: (707) 545-9770

April 17, 2009

Hon. Maria-Elena James  
United States Magistrate Judge  
United States District Court  
450 Golden Gate Avenue, 16th Floor  
San Francisco, CA 94102

      Re:    Enid G. Rickley v. NCA Financial Services, Inc., et al.  
                Case No.: CV 09-0296 MEJ

Dear Judge James:

    Your order of April 10, 2009 continued the Initial Case Management Conference from April 30, 2009 to June 4, 2009. I would like to request that the Conference be re-set to another date, later than May 28, 2009, because I have a conflict on my calendar on June 4. I have no other conflicts any other Thursday in June or July.

    Thank you for your consideration of this request.

Respectfully submitted,

JAMES J. BERGMANN  
Attorney for Plaintiff Enid G. Rickley

JJB/s

The CMC is continued to June 11, 2009 at 10:00 a.m.

Dated: April 20, 2009

