# UNITED STATES DISTRICT COURT
## Northern District of California

ENID G. RICKLEY

        Plaintiff(s),                   No. C 09-00296 MEJ

  v.

NCA FINANCIAL SERVICES           **ORDER CONTINUING CMC**

        Defendant(s).

_____/

The Court is in receipt of Plaintiff's Case Management Statement, filed June 4, 2009. As Defendants were just recently served and have not made an appearance, the Court hereby CONTINUES the Case Management Conference to July 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All case management deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: June 5, 2009

_____
Maria-Elena James
United States Magistrate Judge