|   |   |
|---|---|
| 1 | JAMES J. BERGMANN, ESQ., SBN 220447 |
|   | The Law Office of Donald F. Seth |
| 2 | 290 B Street, Suite 205 |
|   | Santa Rosa, CA  95401 |
| 3 | (707) 545-6370 telephone |
|   | (707) 545-9770 fax |
| 4 | jimbergmann@hotmail.com |
| 5 | Attorneys for Plaintiff |
|   | ENID G. RICKLEY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ENID G. RICKLEY, | **CASE NO. C 09-00296 MEJ** |
|---|---|
| Plaintiff, | **CASE MANAGEMENT STATEMENT/BANKRUPTCY STAY STATUS UPDATE** |
| v. |  |
| NCA FINANCIAL SERVICES, INC., NATIONAL CREDIT ACCEPTANCE, and DOES 1 through 10, inclusive, | Date: October 8, 2009<br>Time: 10:00 a.m.<br>Courtroom: B, 15th Floor |
| Defendants. / | **Honorable Maria-Elena James** |

Pursuant to this Court's July 10, 2009 Order, Plaintiff informs the Court as follows: an automatic bankruptcy stay is in place as to both Defendants herein, in the United States Bankruptcy Court for the Eastern District of California, as follows:

1. NCA FINANCIAL SERVICES, INC. ("NCA"): Case No. 09-31129-A-7;

2. NATIONAL CREDIT ACCEPTANCE ("NATIONAL"): Case No. 09-31658-C-7.

Plaintiff has been informed that with regard to the bankruptcy estate of defendant NCA, "a dividend appears possible." (See the Bankruptcy Court's "Notice to File Proof of Claim Due to Possible Recovery of Assets," regarding NCA, a true and correct copy of which is attached hereto as Exhibit A). The deadline for Plaintiff to file her Proof of Claim with the Bankruptcy

CASE MANAGEMENT STATEMENT/BANKRUPTCY STAY STATUS UPDATE
C 09-00296 MEJ

Court is December 3, 2009.  (*See id*.).  Plaintiff intends to file her Proof of Claim in by the December 3 deadline.

Dated: October __1__, 2009         /s/ James J. Bergmann
                                    JAMES J. BERGMANN.
                                    Law Office of Donald F. Seth
                                    Attorneys for Plaintiff ENID G. RICKLEY

Based on Plaintiff's statement, the Court hereby CONTINUES the Case Management Conference to December 17, 2009.  Plaintiff shall file an updated statement by December 10, 2009.

Dated: October 2, 2009

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE MANAGEMENT STATEMENT/BANKRUPTCY STAY STATUS UPDATE
C 09-00296 MEJ

- 2 -