UNITED STATES DISTRICT COURT

Northern District of California

ENID G. RICKLEY

               Plaintiff(s),               No. C 09-00296 MEJ

   v.

NCA FINANCIAL SERVICES              **ADMINISTRATIVE CLOSURE**

               Defendant(s).

_____/

On December 10, 2009, Plaintiff filed a notice of the continued automatic bankruptcy stay against both named defendants in this matter. As there appears to be no reason at this time to maintain the file as an open case during the stay, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered. The December 17, 2009 Case Management Conference is vacated.

     **IT IS SO ORDERED.**

Dated: December 11, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge